[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**RECEIVED**

FEB 15 2023 yea

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

)
)
**United States District Court**
**Northern District of Illinois**

Plaintiff )
Howard Barnes )
v. )
)
) 23-CV-947
) Judge Shah
Defendant ) Magistrate Judge Cole
) RANDOM

Alsip Township
Police + Mayor

**COMPLAINT**

Alsip police aHacked me New Years Eve,
And took me to christ Hosipital 4500 w. 95 th ST
EvergFeen PKy IL. Unlawful detention 555,000,000,000

Howard Barnes     2-15-23

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]